**SIGNED.**



# T I F F A N Y  &  B O S C O
P.A.

**Dated: August 03, 2009**

2525 EAST CAMELBACK ROAD
SUITE 300
PHOENIX, ARIZONA 85016
TELEPHONE: (602) 255-6000
FACSIMILE: (602) 255-0192

_____
**SARAH S. CURLEY**
**U.S. Bankruptcy Judge**

_____

Mark S. Bosco
State Bar No. 010167
Leonard J. McDonald
State Bar No. 014228
Attorneys for Movant

09-06483/1100224703

## IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE:<br><br>Richard Atchley and Kimberly Atchley<br>       Debtors.<br>_____<br>U.S. Bank National Association, as Trustee for the<br>BNC Mortgage Loan Trust 2006-2<br><br>       Movant,<br>   vs.<br><br>Richard Atchley and Kimberly Atchley, Debtors;<br>Edward J. Maney, Trustee.<br><br>       Respondents. | No. 2:07-bk-06631-SSC<br><br>Chapter 13<br><br>*Amended*<br>O R D E R<br><br>(Related to Docket # 54)<br><br>RE: Real Property Located at<br>14632 North 37th Street<br>Phoenix, AZ 85032 |

     This matter having come before the Court for a Preliminary Hearing on June 16, 2009 at 1:30 P.M., Movant appearing by and through its attorney, Tiffany & Bosco, P.A., and Debtor s counsel, Andrew S. Nemeth, who did not appear,

     **IT IS HEREBY ORDERED** that all stays and injunctions, including the automatic stays imposed by U.S. Bankruptcy Code 362(a) are hereby terminated as to Movant with respect to that certain

real property which is subject of a Deed of Trust dated August 25, 2006, and recorded on September 10, 2007, in the office of the Maricopa County Recorder at 2007-1005836 wherein U.S. Bank National Association, as Trustee for the BNC Mortgage Loan Trust 2006-2 is the current beneficiary and Richard Atchley and Kimberly Atchley have an interest in, further described as:

The following described real propety situated in the city of Phoenix, county of Maricopa, and State of Arizona, to wit:

Lot 117, of PARADISE VALLEY MANOR 3, according to the Plat of record in the office of the county recorder of Maricopa county, Arizona, recorded in Book 101 of Maps, Page 8.

IT IS FURTHER ORDERED that this Order vacating the automatic stay imposed by U.S. Bankruptcy Court Code 362(a) shall be binding and effective in the event the Debtors convert this case to another chapter under the U.S. Bankruptcy Code.

DATED this _____ day of _____, 2009.

_____
JUDGE OF THE U.S. BANKRUPTCY COURT